UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAWN and MARCUS KAMINSKI,

                              Plaintiffs,        6:10-CV-1399

        -v-

STATE OF NEW YORK, et al.

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

DAWN KAMINSKI
MARCUS KAMINSKI
Plaintiffs, Pro se
120 Leah Street
Utica, NY 13501


DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiffs brought this civil rights action pursuant to 42 U.S.C. § 1983.  On June 1, 2011, the Honorable George H. Lowe, United States Magistrate Judge, advised, by Report-Recommendation, that plaintiffs' in forma pauperis application be denied, the request for a motion to strike and for sanctions be denied as moot, and the amended complaint be dismissed with prejudice.  Plaintiffs timely filed objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which plaintiffs objected, the Report-Recommendation is accepted in whole.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  The in forma pauperis application (Dkt. No. 13) is DENIED;

2.  The Request for Motion to Strike and for Sanctions (Dkt. No. 24) is DENIED;

3.  The amended complaint (Dkt. No 12) is DISMISSED with prejudice; and

4.  The Clerk serve a copy of this Decision and Order on Plaintiffs.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   June 22, 2011
         Utica, New York.